UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAODING TIANWEI GROUP CO., LTD., <br> Plaintiff, <br> v. <br> PACIFICORP, <br> Defendant. | Case No. 16-mc-80116-TSH <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 5 |

On May 27, 2016, Plaintiff Baoding Tianwei Group filed a Registration of Foreign Judgment for a judgment entered by the United States District Court for the District of Oregon in *Baoding Tianwei Group Co. v. Pacificorp*, 07-cv-00862 HU. ECF No. 1. Baoding now moves this Court to amend the Oregon District Court's judgment pursuant to Federal Rule of Civil Procedure 69(a) to add an additional judgment debtor. ECF No. 5. However, as the Oregon District Court entered judgment, it is unclear how judgment can be amended in this District. Accordingly, the Court **ORDERS** Baoding to provide the legal authority under which this Court can amend the judgment of the Oregon District Court. Baoding shall respond by May 20, 2019. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: May 13, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge