UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAODING TIANWEI GROUP CO., LTD., <br><br>Plaintiff, <br><br>v. <br><br>PACIFICORP, <br><br>Defendant. | Case No. 16-mc-80116-JD <br><br>**ORDER RE REPORT AND RECOMMENDATION** <br><br>Re: Dkt. No. 25 |

The Court has reviewed Magistrate Judge Thomas S. Hixson's report and recommendation. Dkt. No. 25. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court agrees with Judge Hixson's well-reasoned report and recommendation. The Court consequently adopts it in full and denies plaintiffs' motion to amend the judgment.

**IT IS SO ORDERED.**

Dated: September 20, 2019

JAMES DONATO
United States District Judge